IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

WILLIE LAMAR YOUNG, JR., :
    Plaintiff
     :

vs. : CIVIL NO. 3:CV-07-2266

     :
JEFFERY A. BEARD, et al.,
    Defendants :

*O R D E R*

AND NOW, this 15th day of March, 2011, upon consideration of the report and recommendation of the magistrate judge (doc. 203), filed February 11, 2011, to which no objections were filed, and upon independent review of the record, it is ordered that :

    1. The magistrate judge's report is adopted.

    2. Defendants' motion for summary judgment (doc. 166) is granted.

    3. The Clerk of Court shall enter judgment in favor of Defendants' Gardner, Lalli, Boal, Dickson, Mitchell, Lawler, House, Whitsel, Yedlosky, Edwards, Culbert, and Stever, and against plaintiff Willie Lamar Young.

    4. This case shall proceed to trial on plaintiff's excessive force claim against defendants Eberling, Goodman, Grove and Paige.

    5. An appropriate scheduling order will follow.

                                     /s/William W. Caldwell
                                       William W. Caldwell
                                       United States District Judge